IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISABEL LONGORIA, CATHY MORGAN, | § § § | |
| *Plaintiffs,* | § § | SA-21-CV-01223-XR |
| v. | § § | |
| WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY; SHAWN DICK, IN HIS OFFICIAL CAPACITY AS WILLIAMSON COUNTY DISTRICT ATTORNEY; AND JOSE GARZA, IN HIS OFFICIAL CAPACTY AS TRAVIS COUNTY DISTRICT ATTORNEY, | § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Pending before the Court is Plaintiffs' Opposed Motion for a Preliminary Injunction (ECF No. 7) and the Attorney General of Texas Warren K. Paxton's Motion to Dismiss or Abstain (ECF No. 24). After careful consideration, the Court hereby **SETS** the following deadlines:

Discovery on Plaintiffs' Opposed Motion for a Preliminary Injunction opens today, **January 26, 2022**. The Court grants the parties leave to serve reasonable written discovery requests and to depose Plaintiff Isabel Longoria, Plaintiff Cathy Morgan, or both. All discovery must be completed by **February 4, 2022**.

A response to Plaintiffs' Opposed Motion for a Preliminary Injunction must be filed no later than **February 8, 2022**. Any reply must be filed no later than **February 10, 2022**.

1

A response to the Attorney General's Motion to Dismiss or Abstain must be filed no later than **February 23, 2022**. Any reply must be filed no later than **March 2, 2022**.

The Court hereby **SETS** an evidentiary hearing on Plaintiffs' Opposed Motion for a Preliminary Injunction for **Friday, February 11, 2022**, at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this January 26, 2022.

        XAVIER RODRIGUEZ
        UNITED STATES DISTRICT JUDGE