IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISABEL LONGORIA, CATHY MORGAN,<br>　　　*Plaintiffs,*<br><br>v.<br><br>WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; KIM OGG, IN HER OFFICIAL CAPACITY AS HARRIS COUNTY DISTRICT ATTORNEY; SHAWN DICK, IN HIS OFFICIAL CAPACITY AS WILLIAMSON COUNTY DISTRICT ATTORNEY; AND JOSE GARZA, IN HIS OFFICIAL CAPACTY AS TRAVIS COUNTY DISTRICT ATTORNEY,<br>　　　*Defendants.* | §§§§§§§§§§§§§§§§§§§§ | SA-21-CV-01223-XR |

## ORDER

On this date, the Court considered the status of this case. This case is **RESET** in time only for an evidentiary hearing on Plaintiffs' Opposed Motion for a Preliminary Injunction for **Friday, February 11, 2022**, at **9:00 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva Street, San Antonio, Texas 78207. No more than three representatives, including counsel and technical staff, for Plaintiffs and Defendants may attend the hearing. Any party or witness who is unable to attend the hearing in person may do so remotely. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted remotely.

It is so **ORDERED**.

**SIGNED** this February 2, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE