UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ISABEL LONGORIA and CATHY MORGAN, § <br> §<br> *Plaintiffs*, §<br> §<br> v. §  Case No. 5:21-cv-1223-XR <br> §<br> WARREN K. PAXTON, in his official capacity §<br> as the Attorney General of Texas, *et al.*, §<br> §<br> *Defendants*. § | |

### ATTORNEY GENERAL PAXTON'S NOTICE OF APPEAL

Defendant Warren K. Paxton appeals to the Court of Appeals for the Fifth Circuit the preliminary injunction issued by the Court on February 11, 2022 (ECF 53, 56).

Date: February 14, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

ERIC A. HUDSON
Senior Special Counsel
eric.hudson@oag.texas.gov
Tex. State Bar No. 24059977

*/s/ Leif A. Olson*
LEIF A. OLSON
Special Counsel
leif.olson@oag.texas.gov
Tex. State Bar No. 24032801

>Kathleen T. Hunker
>Special Counsel
>kathleen.hunker@oag.texas.gov
>Tex. State Bar No. 24118415
>
>J. Aaron Barnes
>Special Counsel
>aaron.barnes@oag.texas.gov
>Tex. State Bar No. 24099014
>
>**Counsel for Defendants**

## Certificate of Service

I certify that on February 14, 2022, this notice was filed with through the Court's CM/ECF service, which automatically served it on all counsel of record.

>*/s/ Leif A. Olson*