UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ISABEL LONGORIA and CATHY MORGAN, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> WARREN K. PAXTON, in his official § <br> capacity as the Attorney General of § <br> Texas, *et al.*, § <br> § <br> *Defendants*. § | Case No. 5:21-cv-1223-XR |

## DEFENDANT SHAWN DICK'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Shawn Dick, sued in his official capacity as the District Attorney of Williamson County, Texas, appeals to the Fifth Circuit Court of Appeals the preliminary injunction order issued by the Court on February 11, 2022 (ECF Nos. 53 & 56).

Dated: February 21, 2022                Respectfully submitted,

_____
Sean Breen
Texas Bar No. 00783715
sbreen@howrybreen.com
HOWRY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, Texas 78705-5408
Phone: (512) 474-7300
Fax: (512) 474-8557

1

>Randy T. Leavitt
>Texas Bar No. 12098300
>randy@randyleavitt.com
>LEAVITT | ERVIN
>1301 Rio Grande
>Austin, Texas 78701
>Phone: (512) 476-4475
>Fax: (512) 542-3372
>
>*Attorneys for Defendant Shawn Dick*
>*In His Official Capacity as*
>*Williamson County District Attorney*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 21, 2022, and that all counsel of record were served by CM/ECF.

_____
Sean E. Breen