IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ISABEL LONGORIA and CATHY MORGAN, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN K. PAXTON, in his official capacity as Attorney General of Texas, KIM OGG, in her official capacity as Harris County District Attorney, SHAWN DICK, in his official capacity as Williamson County District Attorney, and JOSÉ GARZA, in his official capacity as Travis County District Attorney, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § Case No. 5:21-CV-1223-XR |

### PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Isabel Longoria hereby dismisses all causes of action in the complaint against defendant Kim Ogg ("DA Ogg") and Plaintiff Cathy Morgan hereby dismisses all causes of action in the complaint against defendant José Garza ("DA Garza"). Neither DA Ogg nor DA Garza have filed an answer to the complaint or a motion for summary judgment.

Longoria and Morgan brought this lawsuit to enjoin enforcement of Texas Election Code §§ 276.016(a)(1) and 31.129 as violative of their First Amendment rights. In light of recent developments, however, these provisions no longer apply to them.

Longoria brought suit because she reasonably feared prosecution and civil penalties as the Harris County Elections Administrator. Both challenged provisions apply to "election officials," which is defined in the Election Code to include election administrators. *See* Tex. Elec. Code § 1.005(4-a)(C). On July 1, 2022, Longoria resigned her position as Harris County Elections Administrator and is therefore no longer subject to these provisions.

Morgan brought suit because she reasonably feared prosecution as a Volunteer Deputy Registrar. In addition to election officials, Section 276.016(a)(1) also applies to "public officials," which is left undefined in the Election Code. On June 10, 2022, the Texas Supreme Court ruled that, at least for purposes of this case, Morgan is not a public official. She is therefore not subject to the provision.

**Dated: July 1, 2022**                    **Respectfully submitted,**

*/s/ Christian D. Menefee*                 */s/ Ethan J. Herenstein*
Christian D. Menefee                       Sean Morales-Doyle
Harris County Attorney                     N.Y. Bar No. 5646641;
Texas Bar No. 24088049                     Ill. Bar No. 6293421 (inactive)
Christian.Menefee@cao.hctx.net             Andrew B. Garber
Jonathan Fombonne                          N.Y. Bar No. 5684147
First Assistant Harris County Attorney     Ethan J. Herenstein*
Texas Bar No. 24102702                     N.Y. Bar No. 5743034
Jonathan.Fombonne@cao.hctx.net             BRENNAN CENTER FOR JUSTICE AT
Tiffany Bingham                            NYU SCHOOL OF LAW
Managing Counsel                           120 Broadway, Suite 1750
Texas Bar No. 24012287                     New York, NY 10271
Tiffany.Bingham@cao.hctx.net               Telephone: (646) 292-8310
Sameer S. Birring                          Facsimile: (212) 463-7308
Assistant County Attorney                  sean.morales-doyle@nyu.edu
Texas Bar No. 24087169                     ethan.herenstein@nyu.edu
Sameer.Birring@cao.hctx.net                andrew.garber@nyu.edu
Susannah Mitcham

| | |
|---|---|
| Assistant County Attorney<br>Texas Bar No. 24107219<br>Susannah.Mitcham@cao.hctx.net<br>OFFICE OF THE HARRIS COUNTY ATTORNEY<br>1019 Congress Plaza, 15th Floor<br>Houston, Texas 77002<br>Telephone: (713) 274-5101<br>Facsimile: (713) 755-8924<br><br>*Attorneys for Plaintiff:* ISABEL LONGORIA<br><br><br>* Admitted *pro hac vice* | */s/ Elizabeth Y. Ryan*<br>Paul R. Genender<br>Texas State Bar No. 00790758<br>Elizabeth Y. Ryan<br>Texas State Bar No. 24067758<br>Megan Cloud<br>Texas State Bar No. 24116207<br>WEIL, GOTSHAL & MANGES LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201<br>Telephone: (214) 746-8158<br>Facsimile: (214)746-7777<br>Liz.Ryan@weil.com<br>Paul.Genender@weil.com<br>Megan.Cloud@weil.com<br><br>-and-<br><br>Alexander P. Cohen<br>Texas State Bar No. 24109739<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8020<br>Facsimile: (212) 310-8007<br>Alexander.Cohen@weil.com<br><br><br>*Attorneys for Plaintiffs:*<br>ISABEL LONGORIA and<br>CATHY MORGAN |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2022, the foregoing document was filed electronically with the United States District Court for the Western District of Texas via CM/ECF. As such, this Notice of Dismissal of Complaint was served on all counsel who have consented to electronic service.

                                              */s/ Ethan J. Herenstein*
                                              Ethan Herenstein